IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 4:07CR32-RH/AK

JORGE OSVALDO MEDINA-VARGAS,

    Defendant.
_____/

## **O R D E R**

This matter is before the Court on Doc. 27, Motion to Extend Time for Filing objections to the Report and Recommendation. Having carefully considered the matter, the Court finds the motion to be well taken, and it is **GRANTED.** Petitioner may file his objections no later than **February 9, 2009.**

**DONE AND ORDERED** this  5th  day of January, 2009.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**